IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00429-WYD-BNB

DOROTHY BOSCHERT,

Plaintiff,

v.

WALGREEN COMPANY,

Defendant.
_____

### ORDER
_____

This matter is before me on the plaintiff's **Motion to Compel** [Doc. # 12, filed 7/7/2006] (the "Motion"). The Motion seeks an order compelling the depositions of the following corporate officers of Walgreen Company: (1) David W. Bernauer, chairman and chief executive officer; (2) Jeffrey A. Rein, president; (3) Mark A. Wagner, executive vice president of store operations; and (4) George J. Reidl, executive vice president for marketing. I held a hearing on the Motion this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated August 8, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge