IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00429-WYD-BNB

DOROTHY BOSCHERT,

Plaintiff,

v.

WALGREEN COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Compel** [docket no. 29, filed August 29, 2006] and **Motion to Compel Discovery** [docket no. 32, filed September 1, 2006] (the "Motions").

      IT IS ORDERED that Motions are DENIED WITHOUT PREJUDICE, to be renewed, if necessary, in one single motion raising all disputes.

      IT IS FURTHER ORDERED that the hearing set for September 26, 2006 is VACATED.

DATED:  September 1, 2006