IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00429-WYD-BNB

DOROTHY BOSCHERT,

Plaintiff,

v.

WALGREEN COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant Walgreen Co's Motion to Amend Answer** [docket no. 39, filed September 7, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED, and defendant has to and including **September 18, 2006**, in which to file an Amended Answer.

DATED:  September 8, 2006