IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00429-WYD-BNB

DOROTHY BOSCHERT,

Plaintiff,

v.

WALGREEN COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the *Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68* [Doc. # 56, filed 9/22/2006],

IT IS ORDERED that the plaintiff's **Motion to Compel Discovery** [Doc. # 35, filed 9/5/2006], and the plaintiff's **Motion for Extension of Time to Designate Experts Pursuant to Fed. R. Civ. P. 26(a)(2)** [Doc. # 43, filed 9/14/2006] are DENIED AS MOOT.

IT IS FURTHER ORDERED that the hearing set for **October 25, 2006, at 9:00 a.m.**, is VACATED.

DATED:  September 25, 2006